**Not for Publication**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SYED TAZU, | : | |
| Petitioner, | : | Civil Action No. 19-7872 (ES) |
| v. | : | ORDER TO SHOW CAUSE |
| WILLIAM P. BARR, et al., | : | |
| Respondents. | : | |

**SALAS, DISTRICT JUDGE**

      Before the Court is Petitioner Syed Tazu's ("Petitioner") Application for Issuance of Order to Show Cause with temporary stay of removal; and the Court having reviewed all submissions made in support of the Petitioner's application; and the parties having appeared telephonically before this Court on March 11, 2019; and the Court having considered the parties' oral arguments; and Petitioner's removal being imminent and it appearing that his removal would cause irreparable harm; and the Court finding that an order is necessary to maintain the status quo until the parties brief the issues and the Court may properly consider the parties' arguments, including whether the Court has jurisdiction over this matter, *see United States v. United Mine Workers of Am.*, 330 U.S. 258, 290-93 (1947); and for the reasons stated on the record and other good cause having been shown

      IT IS on this 11th day of March 2019,

      **ORDERED** that Petitioner's application for an order to show cause with temporary stay of removal is GRANTED; and it is further

**ORDERED** that Respondents shall show cause before the Court on **March 26, 2019, at 2:00 p.m.**, or as soon thereafter as counsel may be heard, why a writ of habeas corpus should not issue and the Petitioner's detention declared unlawful, and why Respondents should not be preliminarily enjoined from removing or causing the removal from the United States of Petitioner until Petitioner exhausts his asserted right to complete the process of obtaining a provisional unlawful presence waiver and/or to re-open his immigration proceedings; and it is further

**ORDERED** that Respondents shall file opposition papers by **Monday, March 18, 2019**, and Petitioner shall file a reply by **Thursday, March 21, 2019**; and it is further

**ORDERED** that Respondents are TEMPORARILY ENJOINED from removing or causing the removal from the United States of Petitioner until further order of the Court; and it is further

**ORDERED** that Respondents are TEMPORARILY ENJOINED from transferring or causing the transfer of Petitioner outside the District of New Jersey until further order of the Court.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
