**Not for Publication**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |  |
|---|---|---|
| | : | |
| **SYED TAZU,** | : | |
| | : | |
| **Petitioner,** | : | **Civil Action No. 19-7872 (ES)** |
| | : | |
| **v.** | : | **ORDER** |
| | : | |
| **WILLIAM P. BARR, et al.,** | : | |
| | : | |
| **Respondents.** | : | |
| | : | |

**SALAS, DISTRICT JUDGE**

Before the Court is Petitioner Syed Tazu's ("Petitioner") petition for writ of habeas corpus and request for a stay of removal; and the Court having held oral argument on March 26, 2019; and the Court having reviewed the parties' submissions and oral arguments; and for the reasons stated on the record on March 26, 2019, and in the Court's accompanying Oral Opinion read into the record on March 29, 2019;

IT IS on this 29th day of March 2019,

**ORDERED** that Petitioner's writ of habeas corpus and request for a stay of removal is DENIED; and it is further

**ORDERED** that in the interest of justice the temporary restraints (*see* D.E. No. 21) shall be extended for 5 days from the date of this Order in the event Petitioner wishes to appeal; and it is further

**ORDERED** that the Clerk shall CLOSE this matter.

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**
